IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Searcy, Patricia A

Printed: 9/23/08

Case Number: 05 B 11360
Judge: Wedoff, Eugene R
Filed: 3/29/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: September 4, 2008
Confirmed: May 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 28,876.78 |  |
| Secured: |  | 1,218.42 |
| Unsecured: |  | 5,349.06 |
| Priority: |  | 19,030.96 |
| Administrative: |  | 1,450.00 |
| Trustee Fee: |  | 1,477.16 |
| Other Funds: |  | 351.18 |
| Totals: | 28,876.78 | 28,876.78 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Neal Feld | Administrative | 1,450.00 | 1,450.00 |
| 2. | Internal Revenue Service | Secured | 1,218.42 | 1,218.42 |
| 3. | Illinois Dept of Revenue | Priority | 770.44 | 770.44 |
| 4. | Internal Revenue Service | Priority | 18,260.52 | 18,260.52 |
| 5. | Jefferson Capital | Unsecured | 95.90 | 126.86 |
| 6. | Jefferson Capital | Unsecured | 169.65 | 224.40 |
| 7. | Illinois Dept of Revenue | Unsecured | 22.18 | 29.35 |
| 8. | Internal Revenue Service | Unsecured | 3,756.12 | 4,968.45 |
| 9. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 10. | University of Chicago Hospital | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 25,743.23 | $ 27,048.44 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 57.05 |
| 3% | 64.17 |
| 5.5% | 372.54 |
| 5% | 106.95 |
| 4.8% | 205.34 |
| 5.4% | 461.35 |
| 6.5% | 209.76 |
|  | _____ |
|  | $ 1,477.16 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Searcy, Patricia A

Printed:  9/23/08

Case Number:  05 B 11360
Judge:  Wedoff, Eugene R
Filed:  3/29/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

